1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                   **SOUTHERN DISTRICT OF CALIFORNIA**
6
7   UNITED STATES OF AMERICA      )   Criminal Case No. 95CR0458-RSH
                                  )
8            Plaintiff,           )
                                  )   **JUDGMENT AND ORDER**
9       v.                        )   **DISMISSING CASE AND**
                                  )   **RECALLING ARREST WARRANT**
10  SR JUVENAL                    )
       AMEZOLA-SANCHEZ (1),       )
11                                )
             Defendant.           )
12                                )

13       This matter comes before the Court on the United States' motion to dismiss the
14  Indictment and request to recall the Arrest Warrant as to Defendant SR Juvenal
15  Amezola-Sanchez (1).

16       IT IS HEREBY ORDERED that the Indictment in the above-captioned case is
17  DISMISSED WITHOUT PREJUDICE.

18       IT IS FURTHER ORDERED that the Arrest Warrant is recalled.

19
20       DATED:  7/17/25
21                                          *Robert S. Huie*
                                            _____
22                                          HONORABLE ROBERT S. HUIE
                                            UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28